# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07CV270-H

| | |
|---|---|
| **ARRINGTON MANUFACTURING, INC.,** **Plaintiff,** v. **BAM RACING, LLC, ANTHONY R. MORGENTHAU, and BETH ANN MORGENTHAU,** **Defendants.** | **JUDGMENT** |

**THIS MATTER** having been decided on a Motion for Partial Summary Judgment in a January 8, 2008 "Memorandum and Order," incorporated herein by reference; and the parties having consented to Magistrate Judge jurisdiction under 28 U.S.C. §636(c):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. **JUDGMENT** in favor of Plaintiff Arrington Manufacturing, Inc. is hereby **ENTERED** against Defendant BAM Racing, LLC in the principal amount of $413,543.26, with interest from this date at the rate provided by law.

2. The Clerk is directed to send a copy of this "Judgment" to counsel for the parties, together with a copy of the simultaneously-filed Memorandum and Order.

**SO ORDERED, ADJUDGED, AND DECREED**.

Signed: January 8, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge