1.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **ARRINGTON MANUFACTURING, INC.** | **CIVIL ACTION NO.: 3:07-CV-270** |
| **Plaintiff,** | |
| v. | |
| **BAM RACING, LLC, ANTHONY R. MORGENTHAU and BETH ANN MORGENTHAU** | |
| **Defendants.** | |

### ORDER GRANTING JOINT MOTION TO STAY LITIGATION PENDING PERFORMANCE OF SETTLEMENT AGREEMENT

This matter came before the Court upon the parties' Joint Motion to Stay Proceedings Pending Performance of Settlement Agreement. The Court finds that good cause exists to grant the Joint Motion, and the above-captioned case is hereby stayed until June 30, 2008, or until such earlier time as the Court may determine upon motion of the Plaintiff, and upon lifting of the Stay, all deadlines previously set forth in the Pre-Trial Order and Case Management Plan entered on October 4, 2007 shall be extended by the length of the time of the Stay.

**SO ORDERED**.

Signed: February 11, 2008

*Carl Horn, III*
_____

Carl Horn, III
United States Magistrate Judge

